UNITED STATES of America,
Plaintiff–Appellee,

v.

Donald DUHART, Defendant–
Appellant.

No. 09–13044
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 12, 2010.

Robin Cindy Rosen–Evans, Federal Public Defender, West Palm Beach, FL, for Defendant–Appellant.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Robin Cindy Rosen–Evans, appointed counsel for Donald Duhart in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Duhart's convictions and sentences are AFFIRMED.